UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AWILDA BARETTO

                          Plaintiff

          -against-                AFFIDAVIT OF SERVICE
                                   CV 08 9849

THE CITY OF NEW YORK, et al.

                        Defendants
-------------------------------------------------------X

      MICHAEL COLIHAN, an attorney duly licensed to practice before all the Courts of the state of New York, affirms the truth of the following

      2. On November 21, 2008, at 12:28pm at 100 Church Street, NY, NY 10007 I served the Summons and Complaint in a Civil case herein upon THE CITY OF NEW YORK, a witness in this action, by delivering a true copy of each to MADELINE SANTANA, the Process Clerk a person of suitable age & discretion, who represented she was authorized to accept same.

      3. Your affirming further describes said Madeline Santana as follows: Hispanic Female about 25 years of age, about 120 pounds 5' 5" in height, approximately 110 lbs, with short brown hair and brown eyes.

                                         _____/s/_____
                                          MICHAEL COLIHAN, ESQ.

Affirmed under penalties of
Perjury on November 21, 2008