UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AWILDA BARETTO, et al

               Plaintiff

              -against-             AFFIDAVIT OF SERVICE
                                              CV 08 9849 (DC)

THE CITY OF NEW YORK, et al.

               Defendants
-------------------------------------------------------X

This document was filed electronically

      Michael Colihan, an attorney duly licensed to practice before all the Courts of the state of New York, affirms the truth of the following under penalties of perjury:

      1. I am over eighteen years of age and reside in the state of New York & am not a party to this action.

      2. On May 7, 2009 at approximately 10: 20am at One Police Plaza, Rm 1100, NY, NY 10038 I served the summons and complaint in a civil case in this action upon Det. Chris Muller Sh #18369 by delivering a true copy of each to Detective Conception a person of suitable age & discretion, who represented to me that he was authorized to accept same..

      3. Your affirming further describes said Det. Conception as follows.
Hispanic male about 30 years in age, 5 feet 11 inches in height, about 170 lbs with black hair.

                                            _____ss_____
                                            Michael Colihan, Esq..