```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 11/24/09             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

AWILDA BARRETO & LUIS BARRETO,

                                        Plaintiffs,

                    -against-

THE CITY OF NEW YORK, CAPTAIN THOMAS
PASCALE, LIEUTENANT CARLTON, SGT. WHITE
POLICE OFFICER GRIENER, DETECTIVE FARELLA
DETECTIVE MULLER, POLICE OFFICER FAGO
DETECTIVE HOLDER, DETECTIVE ERRIO,
DETECTIVE ROSARIO, DETECTIVE VELEZ,
DETECTIVE BANGHART and DETECTIVE MCCANN
and John DOE 1-15

                                        Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISCONTINUANCE**

08 CV 9849 (DC)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about

November 12, 2008, and an amended complaint on or about April 29, 2009, alleging that certain

of his federal and state rights were violated; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

        1.  The above-referenced action is hereby dismissed, with prejudice, and without

costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.  The City of New York hereby agrees to pay plaintiff AWILDA BARRETO the sum of FORTY-FOUR THOUSAND DOLLARS ($44,000.00) and plaintiff LUIS BARRETO the sum of ONE THOUSAND DOLLARS ($1,000.00) in full satisfaction of all claims, including claims for costs, expenses, and attorney fees. In consideration for the payment of these sums, plaintiffs agree to the dismissal with prejudice of all the claims against the named defendants in this action, the City of New York, Thomas Pascale, Kevin Carlton, Christopher Griener, Paul Farella, Chris Muller, Andrew Fago, Mark Holder, Paul Errio, Carlos Velez, Martin Banghart, Paul McCann, Benjamin White and to release all defendants, including defendants named herein as "DETECTIVE ROSARIO" and "John DOE 1-15", and any present or former employees or agents of the City of New York, or any agency thereof, including but not limited to the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in the instant action, including claims for costs, expenses and attorney fees.

3.  Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above, and an Affidavit of Status of Liens.

4.  Nothing contained herein shall be deemed to be an admission by the defendants that it has in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.  This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

- 2 -

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:          New York, New York
                November 6, 2009

Michael Colihan, Esq.,
Attorney for plaintiffs
44 Court Street, Rm 911
Brooklyn , NY 11201


By: _____
        Michael Colihan, Esq.  MC – 0826
        Attorney for plaintiffs

MICHAEL A. CARDOZO
Corporation Counsel of the
    City of New York
Attorney for Defendants
100 Church Street, Room 3-155
New York, New York 10007
(212) 788-1177

By: _____
        Benjamin E. Stockman, Esq.
        Assistant Corporation Counsel


SO ORDERED:

_____
HON. DENNY CHIN          11/24/09
U.S.D.J.

- 3 -